UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VINCENT MARGIOTTI,

        Plaintiff,

v.                          Case No. 3:04-cv-1138-J-12MCR

INSPECTOR RILEY RHODEN,

        Defendant.

### ORDER

Plaintiff's December 26, 2005 (pursuant to the mailbox rule), Motion for Reconsideration (Doc. #10) is **STRICKEN** as untimely filed.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of February, 2006.

                                            /s/ Howell W. Melton
                                        UNITED STATES DISTRICT JUDGE

sa 1/30
c:
Vincent Margiotti